IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ASHFORD MORRIS

Plaintiff

vs                                        CIVIL 98-2327CCC

M/V FASCINATION; in rem, and
CARNIVAL CRUISE LINES, INC.
In personam, and ABC INSURANCE
COMPANY, in personam

Defendants

## JUDGMENT

Having considered the Stipulation for Voluntary Dismissal and Release (docket entry 27), the same is APPROVED and this action is hereby DISMISSED, with prejudice, and without imposition of costs or attorney's fees.

SO ORDERED.

At San Juan, Puerto Rico, on December 10, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)